# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **FIRST HORIZON NATIONAL CORPORATION, FTN FINANCIAL SECURITIES CORP., and FIRST TENNESSEE BANK NATIONAL ASSOCIATION,** | ) ) ) ) ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION** |
| | ) | **NO. 2:11-cv-02608** |
| **CERTAIN UNDERWRITERS AT LLOYD'S,** | ) ) | |
| Specifically Syndicate Nos. 2987 BRT and 2488 AGM, Subscribing to Policy Nos. QA051908/1 and QA052008/1, **and** | ) ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **ASPEN INSURANCE UK LIMITED,** Subscribing to Policy Nos. QA051908/1 and QA052008/1, | ) ) ) | |
| | ) | |
| **U.S. SPECIALTY INSURANCE COMPANY, and** | ) ) | |
| | ) | |
| **FEDERAL INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE OF ANTHONY P. TATUM

**Anthony P. Tatum**, of the law firm King & Spalding LLP, enters his appearance in the captioned case on behalf of First Horizon National Corporation, FTN Financial Securities Corp., and First Tennessee National Association.

Respectfully submitted this 4th day of August, 2011.

*/s/ Anthony P. Tatum*
Anthony P. Tatum
Georgia Bar No. 306287

KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309
(404) 572-4600
(404) 572-5100 (fax)
ttatum@kslaw.com