53692

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FIRST HORIZON NATIONAL
CORPORATION, FTN FINANCIAL
SECURITIES CORP., AND FIRST
TENNESSEE NATIONAL BANK NATIONAL
ASSOCIATION,

    Plaintiffs,

v.

CERTAIN UNDERWRITERS AT LLOYD'S,
Specifically Syndicate Nos. 2987 BRT and 2488
AGM, Subscribing to Policy Nos. QA051908/1
and QA052008/1; ASPEN INSURANCE UK
LIMITED, Subscribing to Policy Nos.
QA051908/1 and QA052008/1; U.S.
SPECIALTY INSURANCE COMPANY; and
FEDERAL INSURANCE COMPANY,

    Defendants.

Case No. 2:11-CV-02608-dkv

JURY DEMANDED

## NOTICE OF APPEARANCE

The undersigned attorney and law firm hereby enter their appearance on behalf of Defendant Federal Insurance Company. By filing this notice, the undersigned are putting the Court and the parties on notice of the undersigned's involvement, and Federal Insurance Company is hereby reserving any and all defenses, both substantive and procedural, that it may have in this cause.

Respectfully submitted,

**THOMASON, HENDRIX, HARVEY, JOHNSON & MITCHELL, PLLC**

s/ Justin Joy
William H. Haltom, Jr. (BPR No. 6361)
    haltomw@thomasonlaw.com
Justin N. Joy (BPR No. 023722)
    joyj@thomasonlaw.com
2900 One Commerce Square
40 South Main Street
Memphis, TN 38103-5529
(901) 525-8721
(901) 525-6722 (fax)

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on September 6, 2011, a true and correct copy of the foregoing document was forwarded by electronic means through the Court's ECF System to:

Anthony P. Tatum
    ttatum@kslaw.com
Michael B. Wakefield
    mwakefield@kslaw.com
KING & SPALDING, LLP
1180 Peachtree St., N.E.
Atlanta, GA 30309

*and*

Thomas Lang Wiseman
    lwiseman@wisemanbray.com
WISEMAN BIGGS BRAY, PLLC
1665 Bonnie Lane, Suite 106
Memphis, TN 38016

*Attorneys for Plaintiffs First Horizon National Corporation, FTN Financial Securities Corp., and First Tennessee National Bank Association*

Christopher T. Conrad
    cconrad@wilfodconrad.com
David A. Wilford
    dwilford@wilfordconrad.com
Justin A. Seccombe
    jseccombe@wilfordconrad.com
WILFORD CONRAD, LLP
760 West Main Street, Suite 210
Barrington, IL 60010

and

Nicole Michele Grida
    nicole.grida@leitnerfirm.com
LEITNER WILLIAMS DOOLEY &
    NAPOLITAN-Memphis
80 Monroe Avenue, Suite 800
Memphis, TN 38103

*Counsel for Defendants Certain Underwriters at Lloyd's Syndicate Nos. 2987 and Aspen Insurance UK Limited*

    s/ Justin Joy
    Justin N. Joy

4835-4096-5386, v. 1