53692

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| FIRST HORIZON NATIONAL CORPORATION, FTN FINANCIAL SECURITIES CORP., AND FIRST TENNESSEE NATIONAL BANK NATIONAL ASSOCIATION, | |
| Plaintiffs, | |
| v. | Case No. 2:11-CV-02608-dkv |
| CERTAIN UNDERWRITERS AT LLOYD'S, Specifically Syndicate Nos. 2987 BRT and 2488 AGM, Subscribing to Policy Nos. QA051908/1 and QA052008/1; ASPEN INSURANCE UK LIMITED, Subscribing to Policy Nos. QA051908/1 and QA052008/1; U.S. SPECIALTY INSURANCE COMPANY; and FEDERAL INSURANCE COMPANY, | JURY DEMANDED |
| Defendants. | |

**ORDER GRANTING MOTION FOR SPECIAL ADMISSION OF RICHARD AMBROW**

Before this Court for consideration is the Motion of Richard Ambrow for Special Admission. Upon consideration of the motion and the supporting papers submitted with the motion, the Court determines that the motion is well taken and should be granted.

It is therefore ORDERED, ADJUDGED, AND DECREED that the Motion of Richard Ambrow for Special Admission is hereby granted. Richard Ambrow is hereby granted special admission to act as an attorney in the above-captioned action and shall be permitted to personally appear, file papers with the Court, and otherwise participate in the present action.

**IT IS SO ORDERED.**

                                          s/Diane K. Vescovo
                                          UNITED STATES MAGISTRATE JUDGE
                                           September 13, 2011

4812-2479-1562, v. 1