UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE


| | | |
|---|---|---|
| FIRST HORIZON NATIONAL CORPORATION, FTN FINANCIAL SECURITIES CORP., and FIRST TENNESSEE BANK NATIONAL ASSOCIATION, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:11-cv-02608 |
| CERTAIN UNDERWRITERS AT LLOYD'S, Specifically Syndicate Nos. 2987 BRT and 2488 AGM, Subscribing to Policy Nos. QA051908/1 and QA052008/1, **and** | ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| ASPEN INSURANCE UK LIMITED, Subscribing to Policy Nos. QA051908/1 and QA052008/1, | ) ) ) ) | |
| U.S. SPECIALTY INSURANCE COMPANY, and | ) ) ) | |
| FEDERAL INSURANCE COMPANY, | ) ) | |
| Defendants. | ) ) | |

PLAINTIFFS' MOTION FOR LEAVE TO
FILE SECOND AMENDED COMPLAINT

Plaintiffs First Horizon National Corporation, FTN Financial Securities Corp., and First

Tennessee Bank National Association (collectively, "First Horizon"), pursuant to the joint

Proposed Scheduling Order submitted to the Court and Rule 15(a)(2) of the Federal Rules of

Civil Procedure, move this Court for leave to amend their claims by filing a Second Amended

Complaint, a copy of which is attached as Exhibit A. The grounds for this Motion are set forth

in the accompanying Plaintiffs' Memorandum of Law in Support of Motion for Leave to File

Second Amended Complaint.  Therefore, First Horizon respectfully requests that the Court grant

its Motion for Leave to File Second Amended Complaint and enter the proposed Order attached

as Exhibit B.

      Dated:  June 29, 2012

Respectfully submitted,

/s/ *Anthony P. Tatum*

Anthony P. Tatum
Georgia Bar No. 306287
Shelby S. Guilbert
Georgia Bar No. 315101
Michael B. Wakefield
Georgia Bar No. 950517
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA  30309
404-572-4600 (Phone)
404-572-5138 (Fax)
ttatum@kslaw.com
sguilbert@kslaw.com
mwakefield@kslaw.com

Thomas Lang Wiseman
Tennessee Bar No. 18293
Christopher Lynn Patterson
Tennessee Bar No. 23823
WISEMAN BRAY PLLC
1665 Bonnie Lane, Suite 106
Memphis, TN 38016

*Attorneys for Plaintiffs*

## LOCAL RULE 7.2(a)(1)(B) CERTIFICATE OF CONSULTATION

The undersigned certifies that Counsel for Plaintiffs, Anthony P. Tatum, consulted with counsel for Defendants — Christopher Conrad for Certain Underwriters at Lloyd's and Aspen Insurance UK Limited, William Smith and Mary Catherine Martin for U.S. Specialty Insurance Company, and Merril Hirsh, Richard Ambrow, and Justin Joy for Federal Insurance Company — on December 14, 2011 by telephone conference, and agreed to the joint Proposed Scheduling Order which provides that "Amended and supplemental pleadings must be filed by June 29, 2012. Any subsequent amended and supplemental pleadings shall be permitted only as provided in Rule 15 of the Federal Rules of Civil Procedure." The Second Amended Complaint, which is being filed on June 29, 2012, is therefore expressly permitted by the joint Proposed Scheduling Order and consented to by Defendants.

Dated: June 29, 2012

/s/ *Anthony P. Tatum*
Anthony P. Tatum

## CERTIFICATE OF SERVICE

I certify that on this 29th day of June, 2012, I electronically filed the foregoing

PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT with the

Clerk of Court which will automatically send notice of such filing to the attorneys referenced

below:

DAVID A. WILFORD, admitted *pro hac vice*
CHRISTOPHER T. CONRAD,
  admitted *pro hac vice*
JUSTIN SECCOMBE, admitted *pro hac vice*
Flint Creek Corporate View
760 W. Main Street, Suite 210
Barrington, Illinois 60010
(224) 848-4721
dwilford@wilfordconrad.com
cconrad@wilfordconrad.com
jseccombe@wilfordconrad.com

RONALD L. HARPER, Tennessee BPR #15470
NICOLE M. GRIDA, Tennessee BPR #25416
Brinkley Plaza
80 Monroe Avenue, Suite 800
Memphis, Tennessee  38103
(901) 527-0214
ron.harper@leitnerfirm.com
nicole.grida@leitnerfirm.com

*Counsel for Certain Underwriters at Lloyd's and Aspen Insurance UK Limited*

WILLIAM E. SMITH, admitted *pro hac vice*
MARY CATHERINE MARTIN,
  admitted *pro hac vice*
1776 K Street NW
Washington, DC  20006
(202) 719-7000
wsmith@wileyrein.com
mmartin@wileyrein.com

ROBERT F. MILLER, Tennessee BPR #7797
999 S. Shady Grove Road, Suite 500
Memphis, Tennessee  38120
(901) 259-7100
rfmiller@farris-law.com

*Counsel for U.S. Specialty Insurance Company*

MERRIL HIRSH, admitted *pro hac vice*
RICHARD C. AMBROW,
  admitted *pro hac vice*
401 9th St., N.W., Suite 1000
Washington, D.C. 20004
(202) 662-2032
merril.hirsh@troutmansanders.com
richard.ambrow@troutmansanders.com

WILLIAM H. HALTOM, JR.,
 Tennessee BPR #6361
JUSTIN JOY, Tennessee BPR #023722
2900 Once Commerce Square
40 South Main Street
Memphis, Tennessee  38103
(901) 525-8721
haltomw@thomasonlaw.com
joyj@thomasonlaw.com

*Counsel for Federal Insurance Company*

I also certify that I e-mailed a copy to the attorneys referenced above.


/s/ *Anthony P. Tatum*
Anthony P. Tatum