```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

FIRST HORIZON NATIONAL CORPORATION,
et al.,

    Plaintiffs,

VS.                                                               No. 11-2608-Ma

CERTAIN UNDERWRITERS AT LLOYD'S
SYNDICATE NOS. 2987, et al.,

    Defendants.

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

    Before the Court is the June 28, 2013 motion for admission *pro hac vice* of Charles C. Lemley.  Mr. Lemley is a member in good standing of the bar of the District of Columbia and is admitted to practice before the United States District Court for the District of Columbia.  Mr. Lemley has obtained and is familiar with the local rules and professional guidelines of this court.  For good cause shown, the motion is granted and Charles C. Lemley is admitted to participate in this action as counsel for defendant U.S. Specialty Insurance Company.

    It is SO ORDERED this 28th day of June, 2013.

                                           *s/  Samuel H. Mays, Jr.*
                                           SAMUEL H. MAYS, JR.
                                           UNITED STATES DISTRICT JUDGE